A RESOLUTION
OF THE BOARD OF DIRECTORS
AND SHAREHOLDERS OF

21st CENTURY ENTERPRISES, INC.

WHEREAS, the Board of Directors and Shareholders in Joint Meeting duly called and held have determined that it is necessary to reorganize the Company;

WHEREAS, the reorganization in part involves a disputed amount owed by the Company which is secured by real property which is under immediate threat of foreclosure;

WHEREAS, the Board of Directors believes that the Company has equity in said real property and that said real property is necessary to a successful reorganization;

NOW, THEREFORE, BE IT RESOLVED, that the Company shall file a Petition for Reorganization under Chapter 11 of the United States Bankruptcy Laws;

BE IT FURTHER RESOLVED, that Deene J. Sanders is authorized to execute such papers and documents to accomplish such filing.

This 4th day of June, 2012.

Deene J. Sanders, Director/Shareholder

Attest:

Deene J. Sanders, Secretary

